UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br>  v.<br>AEI WILLIAMS GROUP, CO.,<br><br>    Defendant,<br>  v.<br>WELLS FARGO BANK, N.A.,<br><br>    Garnishee. | Case No. MC19-0133RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, AEI Williams Group, Co., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on October 8, 2019, at Dkt. # 1-3.

Dated this 11th day of October, 2019.

              */s/ Robert S. Lasnik*
              Robert S. Lasnik
              United States District Judge